UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PAUL LUCERO, | No. 2:23-cv-02852-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| THE PEOPLE, | |
| Respondent. | |

    Petitioner is a county jail inmate without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed in forma pauperis ("IFP"), 28 U.S.C. § 1915(a); Rule 3(a), Rules Governing Section 2254 Cases.  An IFP application must include "a certificate from the warden or other appropriate officer at the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution."  Rule 3(a), Rules Governing Section 2254 Cases.

    Petitioner has filed an application to proceed in forma pauperis.  ECF No. 6.  However, the certificate portion of the application has not been signed by the warden or other appropriate officer at plaintiff's institution.  Plaintiff has written beneath the certificate section of the form application, "I can't get the trust account, sent it out.  Please bill me the $5.00." *Id.*

    Within 30 days from the day this order is served, petitioner must submit the $5 filing fee or a completed IFP application.  Alternatively, should petitioner find that the actions of

institutional staff prevent him from completing the application or paying the fee, petitioner must file an affidavit within 30 days of service of this order informing the court of the steps he has taken to pay the fee or have the certificate completed and how his attempts have been frustrated. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

So ordered.

Dated: August 2, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE